UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 17-9069 |
| --- | --- | --- |
| V. | : | CRIMINAL ACTION |
| Michael Materano | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✗) Reporting, as directed, to U.S. Pretrial Services;

(✗) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(✗) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____  May 10 2017
DEFENDANT                    DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

5/10/17
DATE